CRIMINAL CASE COVER SHEET
U.S. District Court
PLACE OF OFFENSE:

RELATED CASE INFORMATION: 3:15cr17 HL-FKB-1

CITY: JACKSON

COUNTY: HINDS

SUPERSEDING INDICTMENT _____ DOCKET # _____
SAME DEFENDANT _____ NEW DEFENDANT _____
MAGISTRATE JUDGE CASE NUMBER _____
R 20/ R 40 FROM DISTRICT OF _____

**DEFENDANT INFORMATION:**

JUVENILE: ____YES  X  NO

MATTER TO BE SEALED: ____YES  X  NO

NAME/ALIAS:  KAYLA PAUL LINDSEY

SOUTHERN DISTRICT OF MISSISSIPPI
F I L E D
APR - 7 2015
ARTHUR JOHNSTON
BY_____DEPUTY

**U.S. ATTORNEY INFORMATION:**

AUSA   J. SCOTT GILBERT          BAR #   102123

INTERPRETER:  X  NO _____YES  LIST LANGUAGE AND/OR DIALECT: _____

**LOCATION STATUS:**          ARREST DATE _____

_____ALREADY IN FEDERAL CUSTODY AS OF _____
_____ALREADY IN STATE CUSTODY
_____ON PRETRIAL RELEASE

**U.S.C. CITATIONS**

TOTAL # OF COUNTS:   17          _____PETTY _____MISDEMEANOR     17    FELONY

| (CLERK'S OFFICE USE ONLY) | INDEX KEY/CODE | DESCRIPTION OF OFFENSE CHARGED | COUNT(S) |
|---|---|---|---|
| Set 1  18:371.F | 18 USC § 371 | Conspiracy | 1 |
| Set 2  18:1006.F | 18 USC § 1006 | Federal credit institution entries, reports/transactions | 2-17 |

Date:  4-8-15          **SIGNATURE OF AUSA**: _____

Revised 2/26/2010