PROB 12B  
(MSS 2/12)

Client No.: 1451441

## UNITED STATES DISTRICT COURT
### for the
### Southern District of Mississippi
### Request for Modifying the Conditions or Term of Supervision
### with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Marlene Solomon Williams                Docket No. 3:15cr17TSL-FKB-002

Name of Sentencing Judicial Officer: Honorable Tom S. Lee

Date of Original Sentence: July 6, 2017

Original Offense: Conspiracy to Defraud the United States; 18 U.S.C. § 317

Original Sentence: Three (3) years probation

Type of Supervision: Probation                Date Supervision Commenced: 07/06/2017

Assistant U.S. Attorney: Jason Scott Gilbert

Defense Attorney: Amanda B. Barbour

---

### PETITIONING THE COURT



SOUTHERN DISTRICT OF MISSISSIPPI  
F I L E D  
AUG 2 4 2017  
J T NOBLIN CLERK  
BY_____ DEPUTY

☐ To extend the term of supervision for  
☒ To modify the conditions of supervision as follows:

(4)   The defendant is prohibited from engaging in employment with any organization which oversees, utilizes, and/or administers federal grant or loan monies.

### CAUSE

The defendant is operating her own business consulting firm, and the need to insure there is no impropriety similar to the fraud perpetuated in the instant offense.

Reviewed and Approved:                                Respectfully submitted,

David Dunn  
2017.08.22 14:56:11  
-05'00'

                                                                        Chris K. Whitver
                                                                        2017.08.21
                                                                        18:00:34 -05'00'
                                                    by

David Dunn, Supervising                                Chris K. Whitver  
U.S. Probation Officer                                 U.S. Probation Officer  
                                                        Date: August 21, 2017

Name of Offender: Marlene Solomon Williams
Docket No.: 3:15cr17TSL-FKB-002
Page 2

☐ No Action
☐ The extension of supervision as noted above
☒ The modification of supervision as noted above
☐ Other:

_____
Tom S. Lee, Senior U.S. District Judge

_____8/24/17_____
Date